IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3095-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FABIOLA BERNAL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's motion to continue sentencing (filing 71) is granted.

(2)   Defendant Bernal's sentencing is continued to Wednesday, March 11, 2009, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

February 17, 2009.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge